On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

FOREST MALL, LLC, et al., Appellants, v FKF3, LLC, et al., Defendants, and JOHN F. MAGEE et al., Respondents.

Submitted April 27, 2015; decided June 11, 2015

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as dismissed plaintiffs' appeal from the judgment against defendant Mitchell Klein, denied; motion for leave to appeal otherwise dismissed upon the ground that the remainder of the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of HIGHBRIDGE BROADWAY, LLC, Appellant, v ASSESSOR OF THE CITY OF SCHENECTADY, Respondent, and SCHENECTADY CITY SCHOOL DISTRICT, Respondent.

Submitted March 30, 3015; decided June 11, 2015

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed the denial of appellant's motion to hold the Schenectady City School District in contempt, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as vacated that part of Supreme Court's order that directed the Schenectady City School District to issue refunds based on the 2009 to 2011 assessment rolls, granted.

MEG HOLDINGS, LLC, Respondent, v SAPPHIRE POWER FINANCE LLC, Appellant, et al., Defendant.

Submitted May 11, 2015; decided June 11, 2015